No. 81–1335.   DISTRICT OF COLUMBIA COURT OF APPEALS ET AL. *v.* FELDMAN ET AL., 460 U. S. 462.   Motion of respondents to retax costs denied.

No. 81–2149.   SOLEM, WARDEN, SOUTH DAKOTA STATE PENITENTIARY *v.* STUMES.   C. A. 8th Cir.   [Certiorari granted, 463 U. S. 1228.]   Motion for appointment of counsel granted, and it is ordered that Timothy J. McGreevy, Esquire, of Sioux Falls, S. D., be appointed to serve as counsel for respondent in this case.

No. 82–52.   ARIZONA GOVERNING COMMITTEE FOR TAX DEFERRED ANNUITY AND DEFERRED COMPENSATION PLANS ET AL. *v.* NORRIS, 463 U. S. 1073.   Motion of respondent to retax costs denied.

No. 82–206.   FIREFIGHTERS LOCAL UNION NO. 1784 *v.* STOTTS ET AL.; and
No. 82–229.   MEMPHIS FIRE DEPARTMENT ET AL. *v.* STOTTS ET AL.   C. A. 6th Cir.   [Certiorari granted, 462 U. S. 1105.]   Motion of petitioners for divided argument denied.   Motion of respondents for divided argument and for additional time for oral argument denied.   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted, and 10 minutes of petitioners' time for oral argument is allotted for that purpose.

No. 82–282.   MCCAIN ET AL. *v.* LYBRAND ET AL.   D. C. S. C.   [Probable jurisdiction noted, 462 U. S. 1130.]   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 82–792.   GROVE CITY COLLEGE ET AL. *v.* BELL, SECRETARY OF EDUCATION, ET AL.   C. A. 3d Cir.   [Certiorari granted, 459 U. S. 1199.]   Motion of American Association of University Women et al. to reconsider order denying motion for leave to participate in oral argument as *amici curiae* [463 U. S. 1235] denied.

No. 82–945.   SURE-TAN, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 7th Cir.   [Certiorari granted, 460 U. S. 1021.]   Motion of Asian American Legal Defense and Education Fund et al. for leave to file a brief as *amici curiae* granted.